# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## ORLANDO DIVISION

AETNA LIFE INSURANCE COMPANY, in its capacity as a fiduciary and plan administrator of the OneBlood, Inc. Flexible Benefits Plan,

    Plaintiffs,                      CASE NO.:   6:20-cv-1880-ORL-37LRH

vs.

DAYON WRIGHT; LEGALLY PINK LAW, PLLC; CAROLYN SALZMANN, ESQ.; KATHERYN LESLIE RUTH MUSANTE

    Defendants.

_____

## NOTICE OF SETTLEMENT

Plaintiff, AETNA LIFE INSURANCE COMPANY, by and through undersigned counsel and in accordance with local Rule 3.08 files this Notice of Settlement in order to advise the Court that a settlement agreement has been reached between the parties. It is requested that the Court not yet dismiss the case as the parties must finalize the settlement terms. The parties also request that the Court retain jurisdiction to enforce the settlement terms. When the settlement terms are effectuated, Plaintiff's counsel will file a Notice of Voluntary Dismissal.

                                          __/s/ David Bear_____
                                          DAVID R. BEAR
                                          Trial Counsel
                                          Florida Bar No.: 043269

Bear Legal Solutions
111 North Orange Ave., Suite 800
Orlando, Florida 32801
Telephone: 321-888-3955
Primary Email:
david@bearlegalsolutions.com
Secondary Email:
liz@bearlegalsolutions.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

**THE UNDERSIGNED HEREBY CERTIFIES** that on this 24th day of November, 2020, the foregoing document was electronically filed with the Clerk of Court using CM/ECF. It is also certified that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

**Carolyn Salzmann, Esquire**
**Legally Pink Law, PLLC.,**
**2301 Lee Road**
**Winter Park, FL 32789**

                                                    */s/ David R. Bear*
                                                  David R. Bear