UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AETNA LIFE INSURANCE
COMPANY,

      Plaintiff,

v.                                               Case No: 6:20-cv-1880-Orl-37LRH

CAROLYN SALZMANN, DAYON
WRIGHT, KATHERYN LESLIE RUTH
MUSANTE and LEGALLY PINK LAW,
PLLC,

      Defendants.

## ORDER OF DISMISSAL

This cause is before the Court upon the Plaintiff's Notice of Settlement (Doc. 8) indicating that this case has settled. Accordingly, it is **ORDERED AND ADJUDGED**:

1.    That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2.    All pending motions are denied as moot and all deadlines and hearings are terminated.

3.    The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 30,

2020.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record